UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ILIAS ILIAKOSTAS, et al.,

                Plaintiff(s),

-v-                                        No. 09 Civ. 3170 (LTS)

ANTOVEL GELBERG PAINTING AND
WALLPAPERING, INC., et al.,

                Defendant(s).
-------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: JUL 2 2 2009

## ORDER

The Initial Pretrial Conference scheduled for August 13, 2009, is rescheduled for **August 13, at 11:45 a.m.** in Courtroom 11C.

Dated: New York, New York
        July 22, 2009

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge